IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC NEILL,

      Petitioner,                    No. CIV S-06-2595 MCE EFB P

    vs.

SACRAMENTO COUNTY MAIN JAIL,

      Respondent.                 ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He alleges that he is being deprived of his right to a speedy trial. He also claims that his constitutional rights were violated by staff at Sacramento County Main Jail because they refused to provide him with adequate medical care for a broken cheek bone.

      As a general rule, a challenge in federal court to the fact of conviction or the length of confinement must be raised in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Preiser v. Rodriguez,* 411 U.S. 475 (1973). A civil rights action, on the other hand, is appropriate for challenges to the conditions of an inmate's confinement. *Id*. at 499.

      Petitioner raises claims regarding both the duration and the conditions of his confinement.

1

Petitioner's speedy trial claim is properly brought in a habeas corpus petition. His medical care claim, however, relates to the conditions of his confinement, and therefore must be brought in a civil rights action. For the foregoing reasons, the court dismisses petitioner's petition with leave to amend. Petitioner may proceed in one of three ways: he may file an amended petition seeking relief from the alleged deprivation of a speedy trial; he may file instead a complaint in a civil rights action pursuant to 42 U.S.C. 1983, alleging violations of his constitutional rights; or he may elect to file both an amended petition and a separately filed civil complaint.

Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). The court will defer ruling on petitioner's *in forma pauperis* application until such time as petitioner has filed either an amended petition or a civil complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition is dismissed.

2. Petitioner is granted a period of 30 days from the date this order is served in which to file an amended petition, a civil rights action, or an amended petition and a separately filed civil rights action. The Clerk of the Court is directed to send to petitioner a copy each of the forms used in this court for the filing of an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and for the filing of a civil complaint pursuant to 42 U.S.C. § 1983.

3. The court defers ruling on petitioner's application to proceed in forma pauperis until such time as petitioner files an amended petition or a civil complaint.

Dated: November 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE